CARLTON E. JOLLEY *v.* STEVEN FREY
(AC 20306)

Lavery, C. J., and Foti and Dupont, Js.

Submitted on briefs September 15—officially released October 31, 2000

Per Curiam. The judgment is affirmed.

ERIC A. DUDLEY *v.* WADSWORTH GLEN ET AL.
(AC 20151)

Lavery, C. J., and Foti and Dupont, Js.

Submitted on briefs September 15—officially released November 7, 2000

Plaintiff's appeal from the workers' compensation review board.

Per Curiam. The decision of the workers' compensation review board is affirmed.

LAUREL FEDOR ET AL. *v.* CHRISTINE M. TAYLOR
(AC 19951)

Lavery, C. J., and Foti and Dupont, Js.

Submitted on briefs September 15—officially released November 7, 2000

Per Curiam. The judgment is affirmed.

THOMAS W. DAWKINS *v.* MARGUERIE J.
CASALENGO ET AL.
(AC 20048)

Lavery, C. J., and Foti and Dupont, Js.

Submitted on briefs September 15—officially released November 7, 2000

Per Curiam. The judgment is affirmed.